IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IRA GRAY,

    Plaintiff,

v.                                                         Civil Action No. **3:11CV546**

**KENNETH STOLLE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 1, 2013, the Court denied Plaintiff's Motions to Compel and the Defendants' Motion to Stay Discovery. (ECF No. 88). On August 13, 2013, the United States Postal Service returned the August 1, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Not Here." By Memorandum Opinions and Orders entered August 16, 2013, the Court denied a Motion to Dismiss and denied in part and granted in part a Motion for Summary Judgment. (ECF Nos. 90–93.) On September 5, 2013, the United States Postal Service returned the August 16, 2013 Memorandum Opinion and Orders "RETURN TO SENDER" and "Not Here." Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the remaining claims will be DISMISSED WITHOUT PREJUDICE. The action will be DISMISSED.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 9/10/13
Richmond, Virginia